## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01596

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

MARTIN W. DRAPER,
562 GATEWAY ROAD, LLC,
and PITKIN COUNTY, COLORADO,

       Defendants.

---

### [PROPOSED] ORDER GRANTING UNITED STATES' MOTION
### TO PERMIT SUBSTITUTED SERVICE ON DEFENDANT MARVIN DRAPER

---

       This matter coming before the Court on the United States' Motion to Permit Substituted Service on Defendant Marvin Draper, the Court hereby ORDERS that the Motion be GRANTED.

       The Court finds that the United States has exercised due diligence in attempting to notify Mr. Draper of the suit and to serve him with process.  In the event that Mr. Draper has not already received actual notice of the suit, service on Richard Neiley, Jr., is reasonably calculated to provide such notice, consistent with the requirements of due process.

       The United States is hereby ORDERED to deliver a copy of the summons and Complaint in this matter to Mr. Neiley by registered mail or other appropriate means.  Service will be deemed complete as of the date of delivery.  The United States is also ORDERED to send

2

additional copies of the summons and Complaint to Mr. Draper, at 53 Phillips River VW, Snowmass, CO 81654, by regular and registered mail, on or before the date of delivery to Mr. Neiley.

DATED this <u>2nd</u> day of November, 2015.

                                                                           BY THE COURT

                                                                           *[signature]*

                                                                           ~~United States District Judge~~
                                                                           Craig B. Shaffer
                                                                           United States Magistrate Judge