IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01596-PAB-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN W. DRAPER,
562 GATEWAY ROAD, LLC, and
PITKIN COUNTY, COLORADO,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on the United States' Motion for Approval of Stipulations, and for Entry of Proposed Judgment and Proposed Order of Sale [Docket No. 41]. The Court will enter a separate Order of Foreclosure and Judicial Sale. Good cause appearing, it is

**ORDERED** that the United States' Motion for Approval of Stipulations, and for Entry of Proposed Judgment and Proposed Order of Sale [Docket No. 41] is granted. It is further

**ORDERED** that judgment shall be entered in favor of plaintiff United States of America and against defendant Martin W. Draper on plaintiff's first claim for relief, which sought to reduce federal income tax assessments to judgment. Judgment shall be entered against Mr. Draper for federal income taxes for the tax years 2002-2008 in the amount of $405,065.88 as of May 15, 2016, plus statutory interest pursuant to 26

U.S.C. §§ 6601, 6621, and 6622, 28 U.S.C. § 1961(c), and other statutory additions running from May 15, 2016.  It is further

**ORDERED** that judgment shall be entered against defendants Martin Draper and 562 Gateway Road LLC with respect to plaintiff's second and third claims for relief, which sought to foreclose federal tax liens on real property that is held by defendant Gateway Road LLC in partial satisfaction of the assessments against Mr. Draper.  The real property is located at 562 Gateway Road, Snowmass, Colorado, 81654, and is described as follows: LOT 12, BLOCK 1, GATEWAY TO SNOWMASS MESA SUBDIVISION, FILING NO. 1.  The tax liens against Mr. Draper attach to the property.  It is further

**ORDERED** that each party shall bear its respective costs, including attorney's fees and other costs associated with this litigation.  It is further

**ORDERED** that this case is closed.

DATED December 8, 2016.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge